**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RICCARDO MCKNIGHT, | : | |
| Petitioner, | : | Civ. No. 15-3842 (RBK) |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| J. HOLLINGSWORTH, | : | |
| Respondent. | : | |

Presently pending before the Court is respondent's first request for an extension of time to file a response to petitioner's § 2241 habeas petition. Good cause being shown, respondent's request will be granted.

Accordingly, IT IS this   26th   day of August , 2015,

ORDERED that respondent's request for an extension of time to file a response to petitioner's habeas petition (Dkt. No. 4.) is granted; and it is further

ORDERED that respondent shall file its response on or before September 11, 2015.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge