UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
RICCARDO MCKNIGHT,                                :
                                                  :
        Petitioner,                              :        Civ. No. 15-3842 (RBK)
                                                  :
v.                                                :
                                                  :        **MEMORANDUM AND ORDER**
J. HOLLINGSWORTH,                                 :
                                                  :
        Respondent.                              :
_____:

    Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in June, 2015, while he was incarcerated at F.C.I. Fort Dix, in Fort Dix, New Jersey. The respondent was ordered to file an answer to the habeas petition. On August 21, 2015, the Court received a notice of change of address from petitioner which now indicated that he was incarcerated at the Metropolitan Correctional Center in New York, New York.

    On September 3, 2015, this Court received a letter from respondent which stated that petitioner was released from federal custody on September 2, 2015. Indeed, the Federal Bureau of Prisons website confirms that petitioner was released on September 2, 2015. *See* http://www.bop.gov/inmateloc/ (last visited on September 16, 2015).

    As of today's date, petitioner has not updated the Court with his new address in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case.

Accordingly, IT IS this   16th   day of   September  , 2015,

**ORDERED** that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon petitioner updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
